IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-03050-REB-BNB

REGINA RESSLER, and
RANDY RESSLER,

Plaintiffs,

v.

THE BOEING COMPANY,
BE AEROSPACE, INC., and
BURNS AEROSPACE CORP.,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion to Vacate Minute Order Setting rule 16(b)) Scheduling Conference and Related Deadlines (Dkt. #18] and to Reset Deadlines pending Ruling on Motion to Consolidate** [docket no. 27, filed February 25, 2011] (the "Motion").

IT IS ORDERED that the Motion is DENIED. The Scheduling Conference will go forward as previously scheduled.

DATED:  February 28, 2011