IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-03050-REB-BNB
(Consolidated with Civil Action No. 10-cv-03051-REB-BNB)

REGINA RESSLER, and
RANDY RESSLER,

Plaintiffs,

v.

THE BOEING COMPANY,
BE AEROSPACE, INC., and
BURNS AEROSPACE CORP.,

Defendants.
_____

**ORDER**
_____

This matter arises on the following:

(1)   **Unopposed Motion for Leave to File First Amended Complaint** [Doc. # 43,

filed in 10-cv-3050] (the "Motion to Amend Ressler Complaint");

(2)   **Unopposed Motion for Leave to File First Amended Complaint** [Doc. # 35,

filed in 10-cv-3051] (the "Motion to Amend Felipe Complaint"); and

(3)   **Unopposed Motion to Modify Expert Designation Dates** [Doc. # 46, filed in

the consolidated case] (the "Motion to Extension").

At the time the motions to amend were filed, the cases had not been consolidated.  Now

that they are, efficiency would be served by having a single amended consolidated complaint.

IT IS ORDERED:

(1) The Motion to Amend Ressler Complaint [Doc. # 43] and Motion to Amend Felipe Complaint [Doc. # 35] are DENIED without prejudice. The plaintiffs may seek leave to file a singled Amended Consolidated Complaint; and

(2) The Motion for Extension [Doc. # 46] is GRANTED. The case schedule for the consolidated case is modified to the following extent:

Expert Disclosures:

(a) The plaintiffs shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **August 15, 2011**

(b) The defendants shall designate all experts and rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **September 15, 2011**

(c) The plaintiffs shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **October 15, 2011.**

Dated June 6, 2011.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge