IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-03050-REB-BNB
(Consolidated with Civil Action No. 10-cv-03051-REB-BNB)

REGINA RESSLER,
RANDY RESSLER,
ALBERT FELIPE, and
MEAGAN FELIPE,

Plaintiffs,

v.

THE BOEING COMPANY,
BE AEROSPACE, INC.,
BURNS AEROSPACE CORPORATION, and
UNITED STATES OF AMERICA,

Defendants.
_____

**ORDER**
_____

This matter arises on the **Unopposed Motion to Modify Expert Designation Dates and Request for Further Status Conference** [Doc. # 55, filed 8/10/2011] (the "Motion").  Although captioned unopposed, the United States has filed a Response [Doc. # 61] which indicates its disagreement with the case continuing on the schedule currently in place.

I held a hearing on the motion this afternoon and made rulings on the record, which are incorporated here.

IT IS ORDERED:

1. The Motion [Doc. # 55] is DENIED without prejudice; and

2. On or before **September 9, 2011**, the parties shall file a revised motion to modify the case schedule with a proposed schedule which they believe will accommodate the

preparation of this case for trial, including a proposed revised trial date if appropriate, in view of the addition of the United States as a party; other related cases which are pending; and any other factors which they deem relevant.

Dated August 25, 2011.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge