IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 10-cv-03050-REB-BNB | Date: August 25, 2011 |
| Courtroom Deputy: Laura Galera | FTR BNB COURTROOM A-401 |

| | |
|---|---|
| REGINA RESSLER,<br>RANDY RESSLER,<br>ALBERT FELIPE, and<br>MEAGAN FELIPE, | Frances M. Phares |
| Plaintiffs, | |
| v. | |
| THE BOEING COMPANY,<br>BE AEROSPACE, INC.,<br>BURNS AEROSPACE CORPORATION, and<br>UNITED STATES OF AMERICA, | Robert N. Miller and Daniel Bress<br>Suzanne N. McNulty<br>Thomas J. Byrne<br>Mark S. Pestal |
| Defendants. | |

# COURTROOM MINUTES

**HEARING: MOTIONS**

Court in Session: 1:35 p.m.

Appearances of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:** Unopposed Motion to Modify Expert Designation Dates and Request for Further Status Conference [Docket No. 55] is DENIED WITHOUT PREJUDICE. Counsel are ordered to confer and develop what they believe to be an appropriate schedule given the current posture of the case. Counsel shall submit either an unopposed motion or competing motions to revise the schedule by **September 9, 2011.**

Court in Recess    1:57 p.m.    Hearing concluded.    Total time in Court: 00:22

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.