IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-03050-REB-BNB
(Consolidated with Civil Action Nos. 10-cv-03051-REB-BNB; 11-cv-01832-REB-BNB;
11-cv-01874-REB-BNB; and 11-cv-02253-REB-BNB)

REGINA RESSLER, and
RANDY RESSLER,

Plaintiffs,

v.

THE BOEING COMPANY,
BE AEROSPACE, INC.,
BURNS AEROSPACE CORPORATION, and
UNITED STATES OF AMERICA,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

In view of my Order entered today setting the case for a scheduling conference,

IT IS ORDERED that the Motion to Modify Discovery Schedule [Doc. # 68, filed 9/9/2011] is DENIED as moot.

DATED:  October 27, 2011