IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-03050-REB-BNB
(Consolidated with Civil Action Nos. 10-cv-03051-REB-BNB; 11-cv-01832-REB-BNB; 11-cv-01874-REB-BNB; and 11-cv-02253-REB-BNB)

REGINA RESSLER, and
RANDY RESSLER,

Plaintiffs,

v.

THE BOEING COMPANY,
BE AEROSPACE, INC.,
BURNS AEROSPACE CORPORATION, and
UNITED STATES OF AMERICA,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unoposed Motion of BE Aerospace, Inc. and Burns Aerospace Corporation for Leave to Appear by Telephone at the Scheduling Conference** [docket no. 91, filed November 4, 2011] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and Suzanne N. McNulty may appear telephonically for the Scheduling Conference set for **November 8, 2011**, by calling Chambers at 303/844-6048 at **10:30 a.m., Mountain Standard Time**.

DATED:  November 7, 2011