**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-03050-REB-BNB
(Consolidated with Civil Action Nos. 10-cv-03051-REB-BNB, 11-cv-01832-REB-BNB,
11-cv-01874-REB-BNB, and 11-cv-02253-REB-BNB)

REGINA RESSLER, and
RANDY RESSLER,

    Plaintiffs,

v.

THE BOEING COMPANY, INC.,
BE AEROSPACE, INC.,
BURNS AEROSPACE CORPORATION, and
THE UNITED STATES OF AMERICA,

    Defendants.

**ORDER OF DISMISSAL AS TO DEFENDANTS, THE BOEING COMPANY,
BE AEROSPACE, INC., AND BURNS AEROSPACE CORP., ONLY**

**Blackburn, J.**

    The matter is before me on the **Stipulation of Dismissal of The Boeing Company, BE Aerospace, Inc., and Burns Aerospace Corp. With Prejudice** [#96][1] filed November 7, 2011. After reviewing the stipulation and the file, I conclude that the stipulation should be approved and that the claims of the plaintiffs, Regina Ressler, Randy Ressler, Albert Felipe and Meagan Felipe against the defendants, The Boeing Company, BE Aerospace, Inc., and Burns Aerospace Corp., should be dismissed with prejudice.

---

[1] "[#96]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation of Dismissal of The Boeing Company, BE Aerospace, Inc., and Burns Aerospace Corp. With Prejudice** [#96] filed November 7, 2011, is **APPROVED**;

2. That the claims of the plaintiffs, Regina Ressler, Randy Ressler, Albert Felipe and Meagan Felipe against the defendants, The Boeing Company, Inc., BE Aerospace, Inc., and Burns Aerospace Corp. are **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs; and

3. That the defendants, The Boeing Company, Inc., BE Aerospace, Inc., and Burns Aerospace Corp. are **DROPPED** as defendants in this litigation, and the case caption is amended accordingly.

Dated November 7, 2011, Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge