IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-03050-REB-BNB
(Consolidated with Civil Action Nos. 10-cv-03051-REB-BNB; 11-cv-01832-REB-BNB;
11-cv-01874-REB-BNB; and 11-cv-02253-REB-BNB)

REGINA RESSLER, and
RANDY RESSLER,

Plaintiffs,

v.

UNITED STATES OF AMERICA,

Defendant.

_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Motion to Withdraw Appearance of Roger D. Drake** [docket no. 102, filed November 9, 2011] (the "Motion").

IT IS ORDERED that the Motion is GRANTED. Roger D. Drake is granted leave to withdraw from the representation of plaintiffs and is to be removed from the electronic service.

DATED:  November 9, 2011