IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-03050-REB-BNB
(Consolidated with Civil Action Nos. 10-cv-03051-REB-BNB; 11-cv-01832-REB-BNB; 11-cv-01874-REB-BNB; and 11-cv-02253-REB-BNB)

REGINA RESSLER, and
RANDY RESSLER,

Plaintiffs,

v.

UNITED STATES OF AMERICA,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     IT IS ORDERED:

     (1)    The **Contag Plaintiffs' Unopposed Motion to Amend Complaint and to Add Additional Plaintiff** [Doc. # 117, filed 12/12/2011] is GRANTED; and

     (2)    The Clerk of the Court is directed to accept for filing the Contag Plaintiffs' Amended Complaint [Doc. # 117-1].


DATED: December 14, 2011