**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 10-cv-03050-REB-BNB
(Consolidated with Civil Action Nos.10-cv-03051-REB-BNB, 11-cv-01832-REB-BNB, 11-cv-01874-REB-BNB,11-cv-02253-REB-BNB, 11-cv-02894, and 11-cv-02895)

REGINA RESSLER, and
RANDY RESSLER,

     Plaintiffs,

v.

THE UNITED STATES OF AMERICA,

     Defendants.

## ORDER CONCERNING CAPTIONS OF AMENDED PLEADINGS

**Blackburn, J.**

This matter is before the court on the following: (1) **Contag Plaintiffs' Unopposed Motion To Amend Complaint To Add Additional Plaintiff** [#117][1] filed December 12, 2011; and (2) **Plaintiff Global Aerospace, Inc.'s Motion To Amend Complaint** [#121] filed December 15, 2011. The **Contag Plaintiffs' Amended Complaint** [#120] has been accepted for filing.

The two motions to amend concern the complaint in one of the seven cases currently consolidated under Civil Action No. 10-cv-03050. One of those motions concerns efforts to add a party to one of the cases consolidated under Civil Action No. 10-cv-03050. In order to ensure that any amended complaints, and the parties

---

[1] "[#117]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

designated therein, are docketed properly in the court's CM/ECF system, the court directs that any amended pleading filed in this case be captioned as specified in this order.

**THEREFORE, IT IS ORDERED** as follows:

1. That any amended pleading filed in this case, including any complaint, answer, counterclaim, or cross-claim, **SHALL CONTAIN** both the current consolidated caption of this case and the caption of the individual case to which the amended pleading is applicable;

2. That the caption of the individual case to which an amended pleading is applicable **SHALL CONTAIN** a complete list of each plaintiff and each defendant in that individual case;

3. That on or before December 23, 2011, the Contag plaintiffs **SHALL FILE** an amended complaint that complies with the requirements stated in this order; and

4. That if the motion to amend [#121] of plaintiff Global Aerospace is granted, then on or before December 23, 2011, plaintiff Global Aerospace **SHALL FILE** an amended complaint that complies with the requirements stated in this order.

Dated December 16, 2011, at Denver, Colorado.

                                            **BY THE COURT:**

                                            */s/ Robert E. Blackburn*
                                            Robert E. Blackburn
                                            United States District Judge