**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-03050-REB-BNB
(Consolidated with Civil Action Nos. 10-cv-03051-REB-BNB, 11-cv-01832-REB-BNB, 11-cv-01874-REB-BNB, 11-cv-02253-REB-BNB, 11-cv-02894-REB-BNB, and 11-cv-02859-REB-BNB)

REGINA RESSLER, and
RANDY RESSLER,

    Plaintiffs,

v.

THE BOEING COMPANY, INC.,
BE AEROSPACE, INC.,
BURNS AEROSPACE CORPORATION, and
THE UNITED STATES OF AMERICA,

    Defendants.

---

**MINUTE ORDER**[1]

---

    The matter is before the court on **McLean Plaintiffs' Motion For Leave To Re-File Their Response To Defendant's Motion To Strike Exhibit B and All References Thereto in Plaintiffs' Response To Defendant's Motion To Dismiss** [#132][2] filed January 5, 2012.  The motion is **GRANTED** and **McLean Plaintiffs' Response To Defendant's Motion to Strike Exhibit B and All References Thereto in Plaintiffs' Response To Defendant's Motion To Dismiss** [#132-1] is accepted for filing.

    The court wishes to clarify the caption requirements for this case.  The court's order [#124] concerns captions for any amended pleadings filed in this case.  The caption requirements stated in that order [#124] apply only to pleadings, as the term "pleadings" is defined in Fed. R. Civ. P. 7(a).  For motions and all other filings that are not pleadings, the caption requirements stated in the court's order [#123] are applicable.  For filings that are not pleadings, only the consolidated caption of this case is required.

    Dated: January 6, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#132]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.