IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-03050-REB-BNB
(Consolidated with Civil Action Nos. 10-cv-03051-REB-BNB; 11-cv-01832-REB-BNB; 11-cv-01874-REB-BNB; 11-cv-02253-REB-BNB, 11-cv-02894, and 11-cv-02895)

REGINA RESSLER, and
RANDY RESSLER,

Plaintiffs,

v.

UNITED STATES OF AMERICA,

Defendant.
_____

## ORDER
_____

This matter arises on **Plaintiff Global Aerospace, Inc.'s Motion to Amend Complaint** [Doc. #121, filed 12/25/2011] (the "Motion"). The defendant does not oppose the Motion [Doc. #131].

IT IS ORDERED:

(1)  The Motion [Doc. # 121] is GRANTED, and the Clerk of the Court is directed to accept the First Amended Complaint [Doc. #121-2] for filing; and

(2)  The hearing set for January 17, 2012 [Doc. #127], is VACATED.

Dated January 10, 2012.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge