IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-03050-REB-BNB
(Consolidated with Civil Action Nos. 10-cv-03051-REB-BNB; 11-cv-01832-REB-BNB; 11-cv-01874-REB-BNB; 11-cv-02253-REB-BNB; 11-cv-02894, and 11-cv-02895)

REGINA RESSLER, and
RANDY RESSLER,

Plaintiffs,

v.

UNITED STATES OF AMERICA,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Plaintiff Global Aerospace, Inc.'s Unopposed Motion to file Revised First Amended Complaint Consistent With the Court's Order Regarding Case Caption** [docket no. 139, filed January 23, 2012] (the "Motion").

     IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is directed to accept for filing Global Aerospace, Inc.'s Revised First Amended Complaint, attached as Exhibit A.

DATED:  January 25, 2012