IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-03050-REB-BNB
(Consolidated with Civil Action Nos. 10-cv-03051-REB-BNB; 11-cv-01832-REB-BNB; 11-cv-01874-REB-BNB; 11-cv-02253-REB-BNB, 11-cv-02894, and 11-cv-02895)

REGINA RESSLER, and
RANDY RESSLER,

Plaintiffs,

v.

UNITED STATES OF AMERICA,

Defendant.

_____

# ORDER
_____

This matter arises on the following:

(1) **Plaintiff Mary Beth Finnegan's Unopposed Motion for Leave to File Second Amended Complaint** [Doc. # 146, filed 1/27/2012] ("Finnegan's Motion"); and

(2) **Plaintiffs Joe & Arleyne Glasser's Unopposed Motion for Leave to File First Amended Complaint** [Doc. # 147, filed 1/27/2012] (the "Glassers' Motion").

IT IS ORDERED:

(1) Finnegan's Motion [Doc. # 146] is GRANTED, and the Clerk of the Court is directed to accept for filing Finnegan's Second Amended Complaint [Doc. # 146-2]; and

(2) The Glassers' Motion [Doc. # 147] is GRANTED, and the Clerk of the Court is directed to accept for filing the Glasser's First Amended Complaint [Doc. # 147-2].

Dated January 30, 2012.

                                                         BY THE COURT:

                                                         /s/ Boyd N. Boland
                                                         United States Magistrate Judge