IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-03050-REB-BNB
(Consolidated with Civil Action Nos. 10-cv-03051-REB-BNB, 11-cv-01832-REB-BNB, 11-cv-01874-REB-BNB, 11-cv-02253-REB-BNB, 11-cv-02894, 11-cv-02895, 11-cv-03069-REB-BNB, and 11-cv-03070-REB-BNB)

REGINA RESSLER, and
RANDY RESSLER,

Plaintiffs,

v.

UNITED STATES OF AMERICA,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Plaintiff Global Aerospace, Inc.'s Unopposed Motion for Leave to File Reply in Support of Motion to Compel [Docket 168]** [docket no. 175, filed July 11, 2012] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and plaintiff Global Aerospace, Inc. may file a reply in support of its Motion to Compel [168] no longer than ten (10) pages in length, not counting the signature block, due on or before **July 13, 2012**.

DATED: July 11, 2012