IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:10-cv-03050-REB-BNB
(Consolidated with Civil Action Nos. 10-cv-03051-REB-BNB, 11-cv-01832-REB-BNB, 11-cv-01874-REB-BNB, 11-cv-02253-REB-BNB, 11-cv-02894-REB-BNB, 11-cv-02895-REB-BNB, 11-cv-03069-REB-BNB, and 11-cv-03070-REB-BNB)

REGINA RESSLER, and
RANDY RESSLER,

    Plaintiffs,

v.

THE UNITED STATES OF AMERICA,

    Defendant.

## PROPOSED ORDER GRANTING
## JOINT MOTION FOR LEAVE TO AMEND SCHEDULING ORDER

IT IS ORDERED:

1. Plaintiff Global Aerospace, Inc. ("Global") and Defendant the United States of America ("USA")'s Joint Motion for Leave to Amend Scheduling Order [docket no. 188] is GRANTED.

2. The Scheduling Order is amended to reflect that the Discovery Cut-off date is September 21, 2012.

DATED this 9th day of August, 2012.

BY THE COURT:

_____
MAGISTRATE JUDGE BOYD N. BOLAND