IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-03050-REB-BNB
(Consolidated with Civil Action Nos. 10-cv-03051-REB-BNB, 11-cv-01832-REB-BNB, 11-cv-01874-REB-BNB, 11-cv-02253-REB-BNB, 11-cv-02894, 11-cv-02895, 11-cv-03069-REB-BNB, and 11-cv-03070-REB-BNB)

REGINA RESSLER, and
RANDY RESSLER,

Plaintiffs,

v.

UNITED STATES OF AMERICA,

Defendant.

___

## MINUTE ORDER

___

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Joint Motion to Amend Scheduling Order to Allow Supplemental Expert Depositions on October 2 and 3, 2012** [docket no. 204, filed September 13, 2012] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED and the Scheduling Order is amended to allow the depositions of Drs. Steven Morris and Kenneth Orloff on October 2 and 3, 2012.

DATED: September 14, 2012