**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-03050-REB-BNB
(Consolidated with Civil Action Nos. 10-cv-03051-REB-BNB, 11-cv-01832-REB-BNB, 11-cv-01874-REB-BNB, 11-cv-02253-REB-BNB, 11-cv-02894-REB-BNB, 11-cv-02895-REB-BNB, 11-cv-03069-REB-BNB, and 11-cv-03070-REB-BNB)

REGINA RESSLER, and
RANDY RESSLER,

    Plaintiffs,

v.

THE UNITED STATES OF AMERICA,

    Defendant.

---

**MINUTE ORDER**[1]

---

In light of the settlement of all of the cases in this consolidated action, the following motions are denied as moot:

(1) defendant's motion to dismiss [#190] filed August 8, 2012;
(2) defendant's motion for summary judgment [#191] filed August 8, 2012;
(3) plaintiffs' motion to exclude [#229] filed January 10, 2013;
(4) plaintiffs' motion to exclude [#230] filed January 11, 2013;
(5) plaintiffs' motion to exclude [#231] filed January 11, 2013;
(6) plaintiffs' motion to exclude [#232] filed January 11, 2013; and
(7) defendant's motion to exclude [#233] filed January 11, 2013.

Dated: March 6, 2013

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.