# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 10-cv-03050-REB-BNB
(Consolidated with Civil Action Nos. 10-cv-03051-REB-BNB, 11-cv-01832-REB-BNB, 11-cv-01874-REB-BNB, 11-cv-02253-REB-BNB, 11-cv-02894-REB-BNB, 11-cv-02895-REB-BNB, 11-cv-03069-REB-BNB, and 11-cv-03070-REB-BNB)

REGINA RESSLER, and
RANDY RESSLER,

    Plaintiffs,

v.

THE UNITED STATES OF AMERICA,

    Defendant.

## ORDER OF DISMISSAL
### (This Order Relates to Civil Action No. 11-cv-02253-REB-BNB)

**Blackburn, J.**

The matter is before me on the **Stipulation To Dismiss With Prejudice** [#250][1] filed March 7, 2013. After reviewing the stipulation and the record, I conclude that the stipulation should be approved and that Civil Action 11-cv-02253-REB-BNB should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation To Dismiss With Prejudice** [#250] filed March 7, 2013, is **APPROVED**;

2. That Civil Action 11-cv-02253-REB-BNB is **DISMISSED WITH PREJUDICE**

---

[1] "[#250]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

with each party to bear its own attorney fees and costs;

    3. That any motion pending in Civil Action 11-cv-02253-REB-BNB is **DENIED** as moot; and

    4. That Civil Action 11-cv-02253-REB-BNB is **REMOVED** from the list of consolidated cases, and the case caption is amended accordingly.

    Dated March 7, 2013, at Denver, Colorado.

                                      **BY THE COURT:**

*/s/ Bob Blackburn*
Robert E. Blackburn
United States District Judge