**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-03050-REB-BNB
(Consolidated with Civil Action Nos. 10-cv-03051-REB-BNB, 11-cv-01832-REB-BNB, and 11-cv-03070-REB-BNB)

REGINA RESSLER, and
RANDY RESSLER,

    Plaintiffs,

v.

THE UNITED STATES OF AMERICA,

    Defendant.

**ORDER OF DISMISSAL
(This Order Relates to Civil Action No. 11-cv-03070-REB-BNB)**

**Blackburn, J.**

The matter is before me on the **Stipulation To Dismiss With Prejudice** [#277][1] filed June 25, 2013. After reviewing the stipulation and the record, I conclude that the stipulation should be approved and that Civil Action 10-cv-03070-REB-BNB should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation To Dismiss With Prejudice** [#277] filed June 25, 2013, is **APPROVED**;

2. That Civil Action 11-cv-03070-REB-BNB is **DISMISSED WITH PREJUDICE**

---

[1] "[#277]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

with each party to bear its own costs;

      3.  That any pending motion filed in Civil Action 11-cv-03070-REB-BNB, is **DENIED** as moot; and

      4.  That Civil Action 11-cv-03070-REB-BNB **SHALL NOT APPEAR** in the caption of this case.

      Dated June 25, 2013, at Denver, Colorado.

                                        **BY THE COURT:**

                                        */s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge