**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Case No. 10-cv-03050-REB-BNB
(Consolidated with Civil Action Nos. 10-cv-03051-REB-BNB, 11-cv-01832-REB-BNB,
and 11-cv-03070-REB-BNB)

REGINA RESSLER, and
RANDY RESSLER,

      Plaintiffs,

v.

THE UNITED STATES OF AMERICA,

      Defendant.

---

**ORDER OF DISMISSAL**
**(This Order Relates to Civil Action No. 11-cv-03070-REB-BNB)**

---

**Blackburn, J.**

      The matter is before me on the **Stipulation To Dismiss With Prejudice** [#277][1]

filed June 25, 2013.  After reviewing the stipulation and the record, I conclude that the

stipulation should be approved and that Civil Action 10-cv-03070-REB-BNB should be

dismissed with prejudice.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the **Stipulation To Dismiss With Prejudice** [#277] filed June 25, 2013,

is **APPROVED**;

      2.  That Civil Action 11-cv-03070-REB-BNB is **DISMISSED WITH PREJUDICE**

---

[1] "[#277]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

with each party to bear its own costs;

     3.  That any pending motion filed in Civil Action 11-cv-03070-REB-BNB, is

**DENIED** as moot; and

     4.  That Civil Action 11-cv-03070-REB-BNB **SHALL NOT APPEAR** in the caption

of this case.

     Dated June 25, 2013, at Denver, Colorado.

                         **BY THE COURT:**

                         Robert E. Blackburn
                         United States District Judge