# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 10-cv-03050-REB-BNB
(Consolidated with Civil Action No. 11-cv-01832-REB-BNB)

REGINA RESSLER, and
RANDY RESSLER,

    Plaintiffs,

v.

THE UNITED STATES OF AMERICA,

    Defendant.

---

## ORDER OF DISMISSAL
## (This Order Relates to Civil Action No. 10-cv-03050-REB-BNB)

---

**Blackburn, J.**

    The matter is before me on the **Stipulation To Dismiss With Prejudice** [#282][1] filed July 2, 2013.  After reviewing the stipulation and the record, I conclude that the stipulation should be approved and that Civil Action 10-cv-03050-REB-BNB should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Stipulation To Dismiss With Prejudice** [#280] filed July 2, 2013, is **APPROVED**;

    2.  That Civil Action 10-cv-03050-REB-BNB is **DISMISSED WITH PREJUDICE** with each party to bear its own costs; and

---

[1] "[#282]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

3. That any pending motion filed on behalf of Civil Action 10-cv-03050-REB-BNB, is **DENIED** as moot.

Dated July 8, 2013, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge