**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-03050-REB-BNB
(Consolidated with Civil Action No. 11-cv-01832-REB-BNB)

REGINA RESSLER, and
RANDY RESSLER,

      Plaintiffs,

v.

THE UNITED STATES OF AMERICA,

      Defendant.

**ORDER OF DISMISSAL
(This Order Relates to Civil Action No. 10-cv-03050-REB-BNB)**

**Blackburn, J.**

The matter is before me on the **Stipulation To Dismiss With Prejudice** [#282][1] filed July 2, 2013. After reviewing the stipulation and the record, I conclude that the stipulation should be approved and that Civil Action 10-cv-03050-REB-BNB should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation To Dismiss With Prejudice** [#280] filed July 2, 2013, is **APPROVED**;

2. That Civil Action 10-cv-03050-REB-BNB is **DISMISSED WITH PREJUDICE** with each party to bear its own costs; and

---

[1] "[#282]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

3.  That any pending motion filed on behalf of Civil Action 10-cv-03050-REB-BNB, is **DENIED** as moot.

Dated July 8, 2013, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge

2